FILED '10 DEC 13 16:43 USDC-ORE

Kimberley Hanks McGair, OSB #984205
kmcgair@fwwlaw.com
Farleigh Wada Witt
121 SW Morrison Street, Suite 600
Portland, Oregon 97204-3136
Telephone: (503) 228-6044
Facsimile: (503) 228-1741

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **BANK OF THE WEST**, a California banking corporation,<br><br>Plaintiff,<br><br>v.<br><br>**SIERRA RIDGE, LLC**, an Oregon limited liability company, **WOOD HILL HOMES, INC.**, an Oregon corporation, **WHH HOLDINGS, INC.**, an Oregon corporation, **WOOD HILL PARK, LLC**, an Oregon limited liability company, **HALE-CAMPBELL PROPERTIES, LLC**, an Oregon limited liability company, **H-C PROPERTY HOLDING, LLC**, an Oregon limited liability company, **SOUTH MORELAND, LLC**, an Oregon limited liability company, **EMPIRE CROSSING HOMEOWNERS ASSOCIATION INC.**, an Oregon nonprofit corporation, **JAMES D. CAMPBELL**, **GEORGE A. HALE**, individuals, and **OCCUPANTS** and **PARTIES IN POSSESSION**,<br><br>Defendants. | Case No. CV10-1238 *HO*<br><br>STIPULATED JUDGMENT AS TO DEFENDANT EMPIRE CROSSING HOMEOWNERS ASSOCIATION, INC. |

///

///

///

Page 1 -   STIPULATED JUDGMENT AS TO DEFENDANT EMPIRE CROSSING
HOMEOWNERS ASSOCIATION, INC.

## STIPULATED JUDGMENT

Pursuant to the stipulation of the parties, as evidenced by the signatures set forth below, a judgment is hereby entered in favor of plaintiff, Bank of the West, and against defendant, Empire Crossing Homeowners Association, Inc. ("Empire HOA"), as follows:

1. The plaintiff is the beneficiary of the Line of Credit Deed of Trust, Assignment of Leases and Rents, Security Agreement and Fixture Filing (collectively, "Bend Trust Deed") recorded on December 10, 2008 in Deschutes County, Oregon as Instrument No. 2008-48398 which Bend Trust Deed encumbers certain real property described therein;

2. Defendant Empire HOA claims some right, title, lien, and interest in and to the real property encumbered by the Bend Trust Deed (the "Property") located in Deschutes County, Oregon, legally described as follows:

> Real property in the County of Deschutes, State of Oregon, described as follows:
>
> LOTS 20, 23, 24, 25, 35, 41, 42, 55, 56, 62, 63 AND 64 OF PARKWAY VILLAGE, PHASES 1, 2 AND 3,
>
> CITY OF BEND, DESCHUTES COUNTY, OREGON.
>
> The Acreage is legally described as the follows:
>
> Real property in the County of Deschutes, State of Oregon, described as follows:
>
> PARCEL 1 AND 2 OF PARTITION PLAT 2008-12, CITY OF BEND, DESCHUTES COUNTY, OREGON.

//

//

//

//

Page 2 -  STIPULATED JUDGMENT AS TO DEFENDANT EMPIRE CROSSING HOMEOWNERS ASSOCIATION, INC.

3.  The defendant Empire HOA's claims of right, title, lien, and interest in the Property are subsequent, subject to and inferior to the Bend Trust Deed;

DATED this __13th__ day of December, 2010.

_____
District Court Judge

IT IS SO STIPULATED:

EMPIRE CROSSING HOMEOWNERS ASSOCIATION, INC.

By: _____   DATE: 12/7/10
Gregory B. Coxey, OSB #032959
Vial Fotheringham LLP
Of Attorneys for Defendant Empire Crossing
Homeowners Association, Inc.

BANK OF THE WEST

By: _____   DATE: 12/10/10
Kimberley Hanks McGair, OSB #984205
Farleigh Wada Witt
Of Attorneys for Plaintiff Bank of the West

Page 3 - STIPULATED JUDGMENT AS TO DEFENDANT EMPIRE CROSSING HOMEOWNERS ASSOCIATION, INC.